IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | : |
| | :    CASE NUMBER: 16-41504-PWB |
| ASTROTURF, LLC, | :    CHAPTER 11 |
| | : |
| DEBTOR. | : |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims in the above-captioned case:

See EXHIBIT "A" attached.

This the   7ʰ   day of July, 2016.

**EXHIBIT "A"**

Tim Keene
TPK Inc.
4091 Circle Drive
Allison Park, PA 15101
tim@tpkinc.com
Ph.: (412) 913-4875
Fax: (412) 492-9285

Joseph H. Smith
SCG Fields, LLC
Sports Consulting Group
10303 Brecksville Road
Brecksville, OH 44141
jsmith@scgfields.com
Ph.: (440) 397-4930
Fax: (440) 546-0400

Ryan C. Gentry
Texas Sports Builders
c/o Nowak & Stauch, LLP
1000 N. Central Expressway
Suite 1040
Dallas, TX 75231
rgentry@ns-law.net
(214) 823-2006
(214) 823-2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached **Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims** was served upon the members of the committee as appointed and the debtor's counsel by e-mail.

Done this the  25th  day of July, 2016.

/s/
MARTIN P. OCHS
Trial Attorney