**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASTROTURF, LLC, | ) | Case No. 16-41504-PWB |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

The undersigned firm of Morris, Manning & Martin, LLP hereby enters its appearance in this case as proposed counsel to the Official Unsecured Creditors Committee for AstroTurf, LLC. Morris, Manning & Martin, LLP requests service of all papers pursuant to Bankruptcy Rule 2002 at the following address and that the undersigned be added to the master mailing list in these cases:

Frank W. DeBorde, Esq.
Lisa Wolgast, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia  30326

All parties in interest are hereby put on notice that Morris, Manning & Martin, LLP is proposed counsel to the Committee and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other filings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

This 9th day of July, 2016.

                Respectfully submitted,

                **MORRIS, MANNING & MARTIN, LLP**

                By:  /s/ Frank W. DeBorde_____

3343 Peachtree Road, N.E.      Frank W. DeBorde
Suite 1600                          Georgia Bar No. 215415
Atlanta, Georgia 30326         Lisa Wolgast
(404) 233-7000                    Georgia Bar No. 773399

                *Proposed Counsel to the Official Unsecured*
                *Creditors Committee for AstroTurf, LLC*